# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SOUTHERN-OWNERS INSURANCE
COMPANY,

      Plaintiff,

v.                                           Case No:   6:25-cv-546-WWB-LHP

PARK PLACE AT WINTER
GARDEN, LLC and PARK PLACE AT
WINTER GARDEN HOMEOWNERS
ASSOCIATION, INC.,

      Defendants

## ORDER

Before the Court is Plaintiff Southern-Owners Insurance Company's Motion for Entry of Clerk's Default Against Park Place at Winter Garden, LLC.  Doc. No. 13.  Upon review, the motion (Doc. No. 13) is **DENIED without prejudice**.  The motion fails to include a memorandum of legal authority as required by Local Rule 3.01(a), and relatedly, does not establish by citation to legal authority that service of process was proper.  In addition, given the appearance of Defendant Park Place at Winter Garden Homeowners Association, Inc., Doc. Nos. 11–12, the motion fails to comply with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on May 5, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties