# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SOUTHERN-OWNERS INSURANCE
COMPANY,

        Plaintiff,

v.                                            Case No:   6:25-cv-546-WWB-LHP

PARK PLACE AT WINTER
GARDEN, LLC and PARK PLACE AT
WINTER GARDEN HOMEOWNERS
ASSOCIATION, INC.,

        Defendants

## ORDER

Before the Court is Southern-Owners Insurance Company's Amended Motion for Entry of Clerk's Default Against Park Place at Winter Garden, LLC. Doc. No. 17. No timely responses to the motion were filed. Local Rule 3.01(c). However, although Plaintiff attaches an affidavit of service to the motion, that affidavit reflects service related to "Park Place at Winter Garden, Inc." rather than "Park Place at Winter Garden, LLC." Doc. No. 17-1, at 5. Plaintiff provides no explanation for this discrepancy in the motion. Doc. No. 17. Accordingly, the motion (Doc. No. 17) is **DENIED without prejudice**. *See generally United States v.*

*Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

Plaintiff shall file a renewed motion within **fourteen (14) days** of the date of this Order, which may be supported by an amended return of service.

**DONE** and **ORDERED** in Orlando, Florida on May 28, 2025.

*/s/ Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties